IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUXER CORPORATION, | ) | |
| | ) | C.A. No. 1:24-cv-00604-CFC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PARCEL PENDING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT QUADIENT, INC.'S MOTION TO DISMISS PLAINTIFF LUXER CORPORATION'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant Parcel Pending, Inc., which in 2022 was terminated by merger with Quadient Inc. ("Defendant" or "Quadient"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this motion to dismiss Plaintiff Luxer Corporation's ("Plaintiff" or "Luxer") Complaint ("Complaint") for patent infringement filed on May 20, 2024 (D.I. 1).

Quadient joins in its entirety the motion to dismiss filed by Defendant Package Concierge, Inc. ("Package Concierge") (the "Package Concierge Motion") (D.I. 16) in related case C.A. No. 1:24-cv-00603-CFC, attached hereto as Exhibit 1. To the Package Concierge Motion, Quadient adds the following points.

On May 20, 2024, Luxer filed three nearly identical Complaints against

three distinct defendants alleging infringement of U.S. Patent No. 11,625,675 ("the '675 patent" or the "Asserted Patent"). *See* D.I. 1, C.A. No. 1:24-cv-00602-CFC, filed against Defendant ButterflyMX, Inc.; D.I. 1, C.A. No. 1:24-cv-00603-CFC, filed against Defendant Package Concierge, Inc.; and D.I. 1, C.A. No. 1:24-cv-00604-CFC, filed against Defendant Parcel Pending, Inc.

To date, the operative Complaints in all three related cases allege infringement of only the '675 patent. Therefore, the validity of the '675 patent is highly relevant to all three related cases.

The Package Concierge Motion contends the asserted patent is ineligible under 35 U.S.C. § 101. Quadient shares this contention. In the interest of judicial economy, Quadient hereby joins and incorporates by reference the Package Concierge Motion.

For these reasons, and the reasons set out in the Package Concierge Motion (D.I. 16) in related case C.A. No. 1:24-cv-00603-CFC, which Quadient joins and incorporates by reference, Plaintiff's Complaint should, respectfully, be dismissed.

Dated: July 11, 2024  **FOX ROTHSCHILD LLP**

*/s/ Kasey H. DeSantis*
Kasey H. DeSantis (#5882)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 622-4205
kdesantis@foxrothschild.com

Gerard P. Norton (pro hac vice forthcoming)
Jonathan R. Lagarenne (pro hac vic forthcoming)
Jonathan J. Madara (pro hac vice forthcoming)
Nicholas J. Almerini (pro hac vice forthcoming)
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com
jmadara@foxrothschild.com
nalmerini@foxrothschild.com
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 896-3600

*Attorneys for Defendant, Quadient, Inc.*